UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL ACTION NO. 5:22-CR-01442 |
| CORAIMA LIZETH MUNOZ | § | |

### NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Defendant CORAIMA LIZETH MUNOZ, by and through his undersigned Counsel, and respectfully files this Notice to the Court.

1) Defendant, CORAIMA LIZETH MUNOZ is scheduled for a Final Pretrial Conference on February 8, 2023, at 9:30am before Magistrate Judge John A. Kazen.

2) Undersigned counsel, JOSE LUIS CASTILLO, has conferred with the Defendant, CORAIMA LIZETH MUNOZ, and she advised that she intends to enter a plea of guilty at the scheduled Final Pretrial Conference hearing and hereby advises the court of same.

Respectfully submitted,

Law Office of Jose Luis Castillo, PC
1810 San Bernardo Ave., Laredo, TX 78040
Mailing: P. O. Box 155, Laredo, TX 78042
Telephone: (956) 508-8000
Facsimile: (956) 568-3904

*/s/ Jose Luis Castillo*
JOSE LUIS CASTILLO
State Bar No.: 00798098
Federal Admission No.: 21227
Attorney for Defendant, Coraima Lizeth Munoz
Email: jose.castillo@castillo-law.net

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served on Counsel of record by ECF service, on this the 25th day of January, 2023.

*/s/ Jose Luis Castillo*
JOSE LUIS CASTILLO